```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :        INDICTMENT
     v.                             :
                                    :
YANIQUE HENDERSON,                  :
     a/k/a "Samantha Stephenson,"   :
                                    :
              Defendant.            :
                                    :
------------------------------------x
```



07 CRIM. 293

## COUNT ONE

The Grand Jury charges:

1. On or about November 17, 2004, in the Southern District of New York, YANIQUE HENDERSON, a/k/a "Samantha Stephenson," the defendant, unlawfully, wilfully, and knowingly did make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, HENDERSON submitted an application for a United States passport containing false information, including a false name, place of birth, date of birth, and social security number.

(Title 18, United States Code, Section 1542.)

## COUNT TWO

2. On or about December 1, 2005, in the Southern District of New York, YANIQUE HENDERSON, a/k/a "Samantha Stephenson," the defendant, unlawfully, wilfully, and knowingly did make false statements in an application for a passport with

intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, HENDERSON submitted an application for a United States passport containing false information, including a false name, place of birth, date of birth, and social security number.

(Title 18, United States Code, Section 1542.)

## COUNT THREE

3. On or about December 1, 2005, in the Southern District of New York and elsewhere, YANIQUE HENDERSON, a/k/a "Samantha Stephenson," the defendant, during and in relation to the offense charged in Count Two, unlawfully, willfully, and knowingly, did transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, HENDERSON used, among other things, the name, social security number, and birth date of another person on an application for a United States passport.

(Title 18, United States Code, Section 1028A.)

_Grace Lamacchia Paris_
FOREPERSON

_Michael Garcia_
MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

YANIQUE HENDERSON,
a/k/a "Samantha Stephenson,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ , 1028A, 1542)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*April 12, 2007*
*Indictment filed. A/w issued.*
*Assigned to Judge Cote*
*Freeman, USMJ*